Vacated and Dismissed and Memorandum Opinion filed April 24, 2008








Vacated and
Dismissed and Memorandum Opinion filed April 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00758-CV

____________

 

RUTH PLESCIA and THE MEN=S WEARHOUSE, INC., Appellants

 

V.

 

RAYMOND SEELYE and MARTHA SEELYE, Appellees

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2004-15181

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 13, 2007.  On April 11, 2008, the parties
filed an agreed motion to vacate the trial court=s judgment and dismiss the case with
prejudice because all issues have been settled.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
we order the trial court=s judgment vacated and the case dismissed with prejudice.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
24, 2008.

Panel consists of Justices Yates, Anderson, and Brown.